# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. MAGISTRATE JUDGE MINUTE ENTRY

(X) Initial Appearance
(X) Arraignment
(X) Detention

MAGISTRATE JUDGE: Ronald E. Bush          DATE: 12/2/19
DEPUTY CLERK:    Wendy Messuri            TIME: 9:50am-9:59am
ESR:    Wendy Messuri                     Boise, ID

### UNITED STATES OF AMERICA vs. Shanell Larae Stalker
1:19-cr-321-BLW

Counsel for:   United States (AUSA): Alexis Klemple, AUSA
               Defendant: Dick Rubin, FDO
               USPO: Lisa Melchert
               Interpreter: Not needed

( ) Defendant waived personal appearance for today's hearing (if applicable)
( ) Defendant appears on a writ.
(X) Court reviewed the record. (X) Defendant placed under oath.
(X) Constitutional Rights to Jury Trial and Counsel advised.
(X) Maximum Penalties Provided.
(X) Financial Affidavit reviewed and Court appointed FDO to represent the defendant.
(X)  Indictment   ( ) Information   ( ) Complaint
       (X) Copy furnished to defendant/understands the charges and maximum penalties
       ( ) Read by Clerk    (X) Waived Reading  ( ) Read by Interpreter

(X) PLEA: **NOT GUILTY** entered by the defendant

(X) **ORDER:** Counsel made elections and Court entered Procedural Order. Jury Trial is set for 1:30 p.m., February 3, 2020, in Boise, Idaho before Judge B. Lynn Winmill. A telephonic pre-trial readiness conference is set January 23, 2020 at 4:00 p.m. before Judge Winmill. Counsel for the Government is directed to initiate the call.

(X) Assertion of 5th and 6th Amendment rights provided (if applicable).

(X) Parties may keep copy of Bail Report; So Ordered.
(X) Search Warrant released (if applicable)

Motion for Detention by the Government is GRANTED

(X) Order of Temporary Detention entered.
(X) Defendant remanded to the custody of the U.S. Marshal.

Detention Hearing to be set and noticed at a later date.