UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHANELL LARAE STALKER,<br><br>Defendant. | Case No. 1:19-cr-00321-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

On May 29, 2020, Defendant Shanell Larae Stalker plead guilty to distributing 3.445 grams of methamphetamine. Dkt. 33. On August 26, 2020, the Court sentenced her to four years of probation. Dkt. 39. After 29 months on probation, she now moves, with the support of the U.S. Probation Office, for early termination.[1] Dkt. 4. The Government does not oppose the motion.

After considering the § 3553(a) factors, the Court may "terminate a term of probation previously ordered and discharge the defendant . . . at any time after the expiration of one year of probation in the case of a felony, if it is satisfied that such

---

[1] Defendant's motion actually asks for the early termination of supervised release. But Ms. Stalker is on probation, not supervised release. A different statute governs, but the analysis is substantially the same.

**MEMORANDUM DECISION AND ORDER - 1**

action is warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3564(c).

Here, although Ms. Stalker's offense was serious and the term of probation was more than warranted, she has demonstrated that her circumstances have changed. Most notably, she is no longer using methamphetamine. Her commitment to recovery and sobriety is truly remarkable. She has demonstrated significant personal growth and societal contributions that go far beyond the ordered conditions of probation.

Importantly, the Government does not oppose early termination and the Probation Office supports it, which is very unusual in this district. Indeed, there does not appear to be any benefit to Ms. Stalker or to the public to continue even limited supervision at this time. On balance, after considering the circumstances and the § 3553(a) sentencing factors, the Court concludes that it is in the interests of justice to terminate Ms. Stalker's probation.

Accordingly, **IT IS ORDERED THAT** Defendant's Motion to for Early Termination (Dkt. 44) is **GRANTED**.

DATED: April 5, 2023

B. Lynn Winmill
U.S. District Court Judge

**MEMORANDUM DECISION AND ORDER - 3**